## 2026 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 831650

**Entity Name:** HYATT CORPORATION

**FILED**
**Apr 29, 2026**
**Secretary of State**
**5036109332CC**

**Current Principal  Place of Business:**

150 N. RIVERSIDE PLAZA
14TH FLOOR, LEGAL DEPT.
CHICAGO, IL  60606

**Current Mailing Address:**

150 N. RIVERSIDE PLAZA
14TH FLOOR, LEGAL DEPT.
CHICAGO, IL  60606  US

**FEI Number: 94-1649123**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

UNITED STATES CORPORATION COMPANY
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                             Date

**Officer/Director Detail :**

| Title | DIRECTOR, PRESIDENT, CEO | Title | SECRETARY |
|---|---|---|---|
| Name | HOPLAMAZIAN, MARK S | Name | EGAN, MARGARET |
| Address | ███████████ | Address | ███████████ |
| City-State-Zip: | ███████████ | City-State-Zip: | ███████████ |
| Title | TREASURER | Title | ASST. SECRETARY |
| Name | ROHMAN, ADAM | Name | ███████████ |
| Address | ███████████ | Address | ███████████ |
| City-State-Zip: | | City-State-Zip: | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BRIAN FURGALUS                                    AUTHORIZED PERSON       04/29/2026

Electronic Signature of Signing Officer/Director Detail                                             Date