# 2026 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M15000009844

**FILED**
**Mar 24, 2026**
**Secretary of State**
**1335759437CC**

**Entity Name:** BW CW HOSPITALITY LLC

**Current Principal  Place of Business:**

5847 SAN FELIPE, STE 4600
HOUSTON,  TX  77057

**Current Mailing Address:**

5847 SAN FELIPE, STE 4600
HOUSTON,  TX  77057  US

**FEI Number: 61-1776555**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CAPITOL CORPORATE SERVICES INC
515 EAST PARK AVENUE
2ND FL
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                     Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT; TREASURER | | Title | VICE PRESIDENT; SECRETARY |
| Name | LALLANI, DORRAINE | | Name | MAYO, ROBERT |
| Address | | | Address | |
| City-State-Zip: | | | City-State-Zip: | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ROBERT MAYO                                   VP                    03/24/2026

Electronic Signature of Signing Authorized Person(s) Detail                                            Date