# 2026 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 803349

**Entity Name:** NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PENNSYLVANIA

**FILED**
**Apr 22, 2026**
**Secretary of State**
**8997874846CC**

**Current Principal  Place of Business:**

1271 AVENUE OF THE AMERICAS
37TH FLOOR
NEW YORK,  NY  10020

**Current Mailing Address:**

1271 AVENUE OF THE AMERICAS
37TH FLOOR
NEW YORK,  NY  10020  US

**FEI Number: 25-0687550**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIEF FINANCIAL OFFICER
200 E. GAINES ST.
TALLAHASSEE, FL  32399  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                 Date

**Officer/Director Detail :**

| Title | SECRETARY | | Title | TREASURER |
|---|---|---|---|---|
| Name | WEIS, CECILE | | Name | KYRIAKAKIS, JONATHAN G. |
| Address | ███████ | | Address | ███████ |
| City-State-Zip: | ███████ | | City-State-Zip: | ███████ |

| Title | DIRECTOR | | Title | DIRECTOR, CFO |
|---|---|---|---|---|
| Name | COOPER, ALLISON H. | | Name | SINGH, SHELLEY |
| Address | ███████ | | Address | ███████ |
| City-State-Zip: | ███████ | | City-State-Zip: | ███████ |

| Title | PRESIDENT | | Title | DIRECTOR |
|---|---|---|---|---|
| Name | COOPER, ALLISON | | Name | TURNER, STEVEN L. |
| Address | ███████ | | Address | ███████ |
| City-State-Zip: | ███████ | | City-State-Zip: | ███████ |

| Title | DIRECTOR |
|---|---|
| Name | LUCK, BARBARA |
| Address | ███████ |
| City-State-Zip: | ███████ |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CECILE WEIS                         SECRETARY                  04/22/2026

Electronic Signature of Signing Officer/Director Detail                              Date