# THE INJURY FIRM
## GA GALSTERER | ABRAMOWITZ, P.A.
### ATTORNEYS AT LAW

**CLAIM # 011202-083616-GB-01**

October 16, 2025

**Sent via Email To: Annie_arupo@gbtpa.com**

**Gallagher Bassett**
Attn: Claims/Annie Arupo
PO Box 2934
Clinton, IA 52733-2934

**Re:**      **Our Client:**      Ali Beidoun
             **Your Insured:**    Hyatt Regency Clearwater Beach Resort and Spa
             **Date of Loss:**    June 07, 2024
             **Claim Number:**    011202-083616-GB-01

Dear Annie:

Please be advised that our client, Ali Beidoun, sustained very serious, permanent injuries as a result of the above-referenced fall, for which there is no question as to liability. As you should be aware, our client was on vacation with his wife and daughter at the Hyatt Regency Clearwater Beach Resort and Spa during the time of loss on June 7, 2024. He was walking down cement steps when he suddenly slipped and fell forward and down roughly 15 marble steps as a result of your insured's negligence in allowing a wet substance to remain on the steps for a long period of time. As a direct and proximate result, our client fell forward and struck his head and was severely injured with bleeding to his head, leg, and arms (see enclosed photos).

Pinellas County EMS arrived on the scene to find Mr. Beidoun sitting on the ground with a stiff cervical collar placed on him. They further noted a laceration to the patient's head along with complaints of neck pain. Mr. Beidoun was then immediately transported to Orlando Health Bayfront Hospital for emergency medical attention for severe injuries to his head, neck, legs, and hips, amongst others. He spent a number of hours in the hospital and underwent a laceration repair with staples applied to his head along with several diagnostic tests, thereby incurring significant medical costs, before being discharged with multiple prescription medications, and with instructions regarding follow-up care. Upon release from the emergency room, our client spent the following two days on bedrest due to pain. Continued pain and discomfort to Mr. Beidoun's head, neck, back, and hips, amongst various other complaints, prompted him to begin a regular course of medical care. Mr. Beidoun's extensive injuries include, but are not limited to, **a compression fracture of the lumbar spine; an L1-L2 right paracentral disc bulge; L2-L3 broad-based disc bulge; L3-L4 broad-based disc bulge; L4-L5 broad-based disc bulge; L5-S1 paracentral disc protrusion which impinges upon the descending left S1 nerve root; a slipped disc at C4-C5 partially effacing the ventral sac; a C2-C3 disc protrusion effacing the ventral sac; lumbar**

**MAIN OFFICE – FORT LAUDERDALE**
1608 E. Commercial Blvd  |  Fort Lauderdale, Florida 33334  |  (954) 951-0000

**WEST PALM BEACH**
2536 Okeechobee Blvd  |  West Palm Beach, Florida 33409  |  (561) 990-4000

Fax (954) 951-1000  |  records@FLinjuryfirm.com  |  www.FLinjuryfirm.com

**radiculopathy; bilateral low back pain; left hip pain; dizziness; numbness; pain of left lower extremity; weakness of left lower extremity; and chronic pain due to trauma**, for which he has **already undergone a lumbar laminotomy and foraminotomy with decompression at the L3-L4, L4-L5, and L5-S1 levels along with a lumbar epidural steroid injection**. Our client had previously had corrective back surgery in 2010 in the form of a lumbar fusion and this fall has rendered him back to pre-surgery status. As a result of the injuries and necessity for ongoing medical care, our client's medical bills will continue to increase significantly into the future along with the general damages.

This incident has further had a detrimental effect on Mr. Beidoun's mental health as he is not as mobile any longer and has gone into counselling to cope with his damages and inability to stay active.

Mr. Beidoun's medical bills to date total approximately **$52,265.77.** Enclosed, please find the following supporting documentation. Additional records and/or bills will be supplemented upon the receipt of same.

| Medical Providers | Bills |
|---|---|
| Sunstar EMS | $1,293.27 |
| Orlando Health | $40,861.00 |
| Emergency Physicians of St Petersburg | $2,294.00 |
| Michigan Orthopaedic Surgeons, PLLC | $2,344.00 |
| Drs. Harris, Birkhill, Wang, Songe | $212.00 |
| American Institute of Neurological | $880.00 |
| Henry Ford Health | $308.00 |
| Henry Ford West Bloomfield Hospital | $3,790.50 |
| Henry Ford Physical Therapy | $283.00 |
| **Total** | **$52,265.77** |

Based on the foregoing, we hereby demand your settlement check for all applicable policy limits to be delivered to our office **by 3:00 PM November 7, 2025**. Should your check made payable to **"The Injury Firm Trust Account" [Tax ID 271945197]** for all applicable policy limits not be tendered to our office within this timeframe, we will withdraw our offer to settle and seek substantially more from the jury at trial.

Sincerely,

*\s\ **James Klein***
James Klein, Esq.
**FOR THE FIRM**
Cc: Ali Beidoun

